**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| JASON LEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-237-JDK-KNM |
| | § | |
| CHARLES ARTHUR PAUSSI, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Jason Lee brings this personal injury lawsuit against Defendants Charles Arthur Paussi, a commercial driver, and Western Flyer Express, LLC, Paussi's employer. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

Before the Court is Defendants' Motion for Partial Summary Judgment as to Plaintiff's claims for negligence per se against Defendant Paussi, ordinary negligence against Defendant Western Flyer Express, gross negligence against both Defendants, and malice against both Defendants. Docket No. 36. On August 3, 2026, Judge Mitchell issued a Report and Recommendation recommending that Defendants' Motion for Partial Summary Judgment be granted. Docket No. 56. No written objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed Judge Mitchell's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 56) as the findings of this Court. Defendants' Motion for Partial Summary Judgment (Docket No. 36) is **GRANTED**, and Plaintiff's claims for negligence per se against Defendant Paussi, ordinary negligence against Defendant Western Flyer Express, gross negligence against both Defendants, and malice against both Defendants are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **13th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE